Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Defendant
BF ADVANCE LLC

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com

Attorneys for Plaintiff
ABANTE ROOTER AND PLUMBING, INC.,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>BF ADVANCE LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>        Defendant. | ) Case No.: 3:18-cv-06018-VC<br>)<br>) **JOINT STIPULATION AND**<br>) **[PROPOSED] ORDER TO VACATE**<br>) **CMC**<br>)<br>) <u>Current Date</u>:<br>) January 8, 2019<br>) Time:  1:30 PM<br>)<br>) <u>Proposed Rescheduled Date</u>:<br>) N/A<br>)<br>) |

3:18-cv-06018-VC

PAGE NO 1 of 3

1  Plaintiff, Abante Rooter and Plumbing, Inc. ("Plaintiff") and BF Advance LLC
2  ("Defendant") together (the "Parties") by and through their respective counsel of record,
3  hereby stipulate and request that the Court vacate the Initial Case Management
4  Conference set for January 8, 2019 at 1:30 PM (Dkt. 15) or continue the date to another
5  time that is convenient for the Court.
6  WHEREAS, the Parties have an Initial Case Management Conference on calendar
7  for January 8, 2019;
8  WHEREAS, the Parties' Case Management Statement is due by January 2, 2019;
9  WHEREAS, the parties have agreed to settle this matter and are in the process of
10 drafting a settlement agreement and have filed a notice of settlement (Dkt. 10);
11 WHEREAS, the Parties have met, conferred, and agreed that the Initial Case
12 Management Conference date should be vacated because the Parties have agreed to settle
13 this matter. This change will not alter the date of any other event or deadline already
14 fixed by Court order; and
15 WHEREAS, the Parties respectfully request that the Court vacate the dates
16 currently scheduled on the Court's calendar.
17 **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto,
18 that the Court enter an order, vacating the Initial Case Management Conference on
19 January 8, 2019 at 1:30 PM or continuing the date to another time that is convenient to
20 the Court. All other dates in the scheduling order are vacated or continued accordingly.

DATED: December 26, 2018    */s/ Jonah A. Grossbardt*
                            JONAH A. GROSSBARDT
                            **SRIPLAW, P.A.**

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

3:18-cv-06018-VC

|   |   |
|---|---|
|   | Attorneys for Defendant BF Advance LLC |
| DATED:  December 26, 2018 | */s/ Todd M. Friedman* |
|   | TODD M. FRIEDMAN |
|   | **LAW OFFICES OF TODD M. FRIEDMAN P.C.** |
|   | Attorneys for Plaintiff Abante Rooter and Plumbing, Inc. |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

|   |   |
|---|---|
| Dated: December 26, 2018 | */s/ Jonah A. Grossbardt* |
|   | Jonah A. Grossbardt |