Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Tom E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BF ADVANCE LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 3:18-cv-06018-VC <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** <br><br> **[Filed with: Declaration of Todd M. Friedman** |

STIPULATION TO DISMISS

- 1 -

NOW COME the Plaintiff, ABANTE ROOTER AND PLUMBING, INC. ("Plaintiff"), and Defendant, BF ADVANCE LLC ("Defendant"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice as to Plaintiff's individual claims against Defendant, and without prejudice as to the Putative Class' claims against Defendant. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for dismissal disposes of the action. Plaintiff has filed a supporting declaration addressing the *Diaz* factors, pursuant to the Court's Standing Order, as well as submitted a proposed order.

Respectfully submitted this 7th Day of January, 2019,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Jonah A. Grossbardt, Esq.
JONAH A. GROSSBARDT
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jonah A. Grossbardt, counsel for Defendant and that I have obtained Mr. Grossbardt's authorization to affix his electronic signature to this document.

Dated**:** January 7, 2019       **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorneys for Plaintiff

STIPULATION TO DISMISS

- 3 -

Filed electronically on this 7th Day of January, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Vince Chhabria
United States District Court
Northern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 7th Day of January, 2019.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

---

STIPULATION TO DISMISS