```
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Tom E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
```
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated, | Case No. 3:18-cv-06018-VC |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| BF ADVANCE LLC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule

of Civil Procedure 41(a)(2).  Each party shall bear their own costs and attorneys' fees.

Dated this __9th__ day of January, 2019.

_____
The Honorable Vince Chhabria